FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2021

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Roman Berumen Perez          **CASE NO** **1:21-mj-04010-MKD**

TOTAL # OF COUNTS: _1_      ☑ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) | Distribution of 50 Grams or More of Actual Methamphetamine | CAG not less than 10 years and not more than life in prison; a 10,000,000 fine or both; supervised release of at least 5 years; a 100 dollar penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |