William D. Hyslop
United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOE RUBIO-FARIAS, and<br>ROMAN BERUMEN PEREZ,<br><br>Defendants. | 1:21-CR-2009-SAB<br>INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 846<br>Conspiracy to Distribute 5 Grams or More of Actual (Pure) Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br>Distribution of 5 Grams or More of Actual (Pure) Methamphetamine<br>(Counts 2-4)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about a date unknown, but at least by on or about July 8, 2020, and continuing until on or about December 8, 2020, in the Eastern District of Washington, and elsewhere, the Defendants, NOE RUBIO-FARIAS and ROMAN

INDICTMENT – 1

BERUMEN PEREZ, knowingly and intentionally combined, conspired, confederated and agreed together and with other persons, both known and unknown, to commit the following offense: distribution of 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 846.

## COUNT 2

On or about July 8, 2020, in the Eastern District of Washington, the Defendant, NOE RUBIO-FARIAS, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 3

On or about August 25, 2020, in the Eastern District of Washington, the Defendant, NOE RUBIO-FARIAS, did knowingly and intentionally distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 4

On or about December 8, 2020, in the Eastern District of Washington, the Defendants, NOE RUBIO-FARIAS and ROMAN BERUMEN PEREZ, did knowingly and intentionally distribute 5 grams or more of actual (pure)

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 846, as set forth in Count 1 of this Indictment, the Defendants, NOE RUBIO-FARIAS, and ROMAN BERUMEN PEREZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including, but not limited to the following listed property:

### DEFENDANT NOE RUBIO-FARIAS

- $6,093.00 U.S. currency, seized by the United States Drug Enforcement Administration, on or about January 21, 2021, pursuant to a search warrant at the residence of NOE RUBIO-FARIAS;

- Louis Vuitton, Burberry, and Tory Burch handbags, seized by the United States Drug Enforcement Administration, on or about January 21, 2021, pursuant to a search warrant at the residence of NOE RUBIO-FARIAS;

//

//

INDICTMENT – 3

DEFENDANT ROMAN BERUMEN PEREZ

- Glock 22, .40 caliber firearm, bearing serial number KE2264, seized by the United States Drug Enforcement Administration, on or about January 21, 2021, pursuant to a search warrant at the residence of ROMAN BERUMEN PEREZ;

If any of the property described above, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this __9__ day of February 2021.

A TRUE BILL

Foreperson

William D. Hyslop
United States Attorney

Ian L. Garriques
Assistant United States Attorney

INDICTMENT – 4