## CHARGES AND PENALTIES

**CASE NAME:** ROMAN BERUMEN PEREZ       **CASE NO.** 1:21-CR-2009-SAB-2

TOTAL # OF COUNTS: 2      ✓ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
**Feb 09, 2021**
SEAN F. MCAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), 846 | Conspiracy to Distribute 5 Grams or More of Actual (Pure) Methamphetamine | Not less than 5 years and not more than 40 years imprisonment; a fine of up to $5,000,000; not less than 4 years of supervised release; a $100 special assessment; and loss of certain federal benefits |
| 4 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine | Not less than 5 years and not more than 40 years imprisonment; a fine of up to $5,000,000; not less than 4 years of supervised release; a $100 special assessment; and loss of certain federal benefits |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |