UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, -vs- NOE RUBIO-FARIAS and ROMAN BERUMEN PEREZ, Defendants. | Case Nos.    1:21-CR-2009-SAB-1<br>1:21-CR-2009-SAB-2<br><br>CRIMINAL MINUTES<br><br>DATE:    APRIL 6, 2021<br><br>LOCATION:    VIDEO CONFERENCE<br><br>PRETRIAL CONFERENCE HEARING |
|---|---|

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 01 | Natalia Rivera | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ian Garriques | | Gregory Scott<br>Richard Smith | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** | | | |

[ ]  Open Court            [ ]  Chambers            [ X ]  Telecon/Video

Defendants present By Video and in custody of the US Marshal.  Defendants appearing from Yakima County Jail.

Mr. Perez asks to speak to the Court.  He is asking to have a hearing in person.

Court indicates that this matter can be set next week.  We can proceed today by video with your consent or we can set a hearing next week on Wednesday, April 14 at 10:00 am.  Court asks defendant's preference.

Mr. Perez indicates that he agrees to having this hearing today by video.

Mr. Rubio-Farias is in agreement to proceeding by video today.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:  1:30 P.M.** | **ADJOURNED:  1:50 P.M.** | **TIME:  20 MIN.** | **CALENDARED    [ X ]** |
|---|---|---|---|

*USA -vs- Rubio-Farias and Perez*     April 6, 2021
1:21-CR-2009-SAB-1 & 2     Page 2
Pretrial Conference Hearing

Court states we are here for a pretrial conference and a motion to continue by Mr. Scott. I. Garriques does not object. R. Smith objects. Will not sever this matter and suggest continuing for 6 weeks.

G. Scott presents argument on Motion to Continue. Need additional time for discovery. 6-week continuance puts us at the end of May. Do have a trial set. Do not object to severance.

Court will not grant a severance at this time.

R. Smith presents argument on severance. Do not agree to a trial in September.

Court proposes that the case remain together. Continue trial to early June. Can readdress the severance issue, if necessary.

I Garriques understands. 1 week trial.

Court sets trial on June 1, 2021.

G. Scott indicates that he is supposed to be starting a trial but may be continued.

R. Smith is agreeable.

I. Garriques indicates that June 1 is agreeable but may go into the next week since it is a 4-day week.

Court understands that everyone is double booked.

Court continues the pretrial conference to May 19, 2021 at 9:30 am in Yakima.

Counsel agree to date for pretrial conference.

Mr. Perez speaks to the Court. He thought he was granted Bond.

R. Smith responds and indicates it is still being worked on.