**RICHARD A. SMITH, WSBA 15127**
**SMITH LAW FIRM**
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

Attorneys for Defendant
Roman Berumen Perez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Hon. Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROMAN BERUMEN PEREZ, <br><br> Defendant. | NO. 1:21-CR-02009-SAB <br><br> NOTICE REGARDING MOTION TO CONTINUE [ECF 53] <br><br> DATE: May 19, 2021 <br> TIME: 11:00 A.M. |

**TO:** **Clerk,** U.S. District Court, Eastern District of Washington; and
**TO:** **Ian Garriques,** Assistant United States Attorney; and

**COMES NOW** ROMAN BERUMEN PEREZ, by his attorney, Richard A. Smith, and submits that Mr. Perez does not have an objection to the Motion to Continue [ECF 53].

DATED this 14th day of May, 2021.

Presented by: *Smith Law Firm*

/s/ *RICHARD A. SMITH*
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Perez

NOTICE REGARDING MOTION TO CONTINUE [ECF 53] –
Page 1

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108

CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury of the laws of the State of Washington that on May 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Ian Garriques, Assistant United States Attorney.

                      /s/ *Lugene M. Borba*
                      LUGENE M. BORBA
                      Legal Assistant to Richard A. Smith

NOTICE REGARDING MOTION TO CONTINUE [ECF 53] – Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108