PROB 12C
(6/16)

Report Date: July 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roman Berumen Perez    Case Number: 0980 1:21CR02009-SAB-2

Address of Offender: ███████████████ Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 4, 2022

Original Offense: Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(B)(viii)

Original Sentence: Prison - 314 days
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Michael Davis Murphy    Date Supervision Commenced: October 4, 2022

Defense Attorney: Richard A Smith    Date Supervision Expires: October 3, 2025

## PETITIONING THE COURT

To issue a summons.

On October 11, 2022, the supervised release conditions were reviewed and signed by Mr. Perez, acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Perez is considered to be in violation of his supervised release conditions by consuming methamphetamine on or about July 7, 2023.

On July 7, 2023, Mr. Perez reported to the probation office for urinalysis testing. The urine sample tested presumptive positive for methamphetamine. Mr. Perez denied any drug use. The specimen was sent to Alere Toxicology Services, Inc. (Alere) for confirmation testing.

On July 11, 2023, Alere confirmed the specimen provided by Mr. Perez was positive for methamphetamine.

Prob12C
**Re: Perez, Roman Berumen**
**July 26, 2023**
**Page 2**

2     <u>**Standard Condition #4**</u>: You must truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Perez is considered to be in violation of his supervised release conditions by failing to being truthful with questioned by his probation officer on or about July 6 and 7, 2023.

On July 6, 2023, this officer contacted Mr. Perez at approximately 10:42 a.m. to ask of his whereabouts and if he was home. Mr. Perez stated he was at work, a side job renovation at his aunt's home in Yakima, Washington. This officer informed Mr. Perez this officer would stop by to visit him at home on a later date. As this officer drove by Mr. Perez' neighborhood accompanied by U.S. Probation Officer Kyle Mowatt, the decision to drive by Mr. Perez' home was made. This officer observed Mr. Perez' work truck parked in front of the home and stopped at the home, as Mr. Perez' truck should not have been there since he reported to be at work.

This officer knocked on the residence front door and Mr. Perez' son, Aldo, answered and advised Mr. Perez was home. This officer made contact with Mr. Perez in the living room area after he exited his bedroom, putting on a t-shirt. This officer confronted Mr. Perez about being dishonest about his whereabouts. Mr. Perez stated he was working and went home to change clothes due to the hot weather. This officer made it clear to him that we had just spoke minutes ago and it was impossible for him to be at his job site across town, and then be home when this officer stopped by. It was clear Mr. Perez was no longer being honest.

Mr. Perez was asked if he could provide a urinalysis (UA) test. Mr. Perez stated he used the restroom before our arrival. He was instructed to report to the probation office at 4 p.m. that same day to submit a UA. At approximately 4 p.m., Mr. Perez stated he could not report to the probation office for UA testing as he could not leave his job site. Moments later, Officer Mowatt and this officer arrived at Mr. Perez' job site and met with him to collect a UA. Mr. Perez stated he urinated outside before we arrived. It appeared Mr. Perez was being evasive and did not want to submit to UA testing. He was instructed to report to the probation office first thing the next morning.

As noted in violation 1, Mr. Perez reported the following day and submitted a presumptive positive test for methamphetamine. Mr. Perez continued to be dishonest as he denied using when questioned by this officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 26, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Perez, Roman Berumen**
**July 26, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X] The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

        7/26/2023
_____
Date