PROB 12C
(6/16)

Report Date: August 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roman Berumen Perez    Case Number: 0980 1:21CR02009-SAB-2

Address of Offender: ███████████    Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 4, 2022

Original Offense:    Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(B)(viii)

Original Sentence:    Prison - 314 days;    Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:    Michael Davis Murphy    Date Supervision Commenced: October 4, 2022

Defense Attorney:    Richard A. Smith    Date Supervision Expires: October 3, 2025

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 7/26/2023.

On October 11, 2022, supervised release conditions were reviewed and signed by Mr. Lopez, acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Perez is considered to be in violation of his conditions of supervised release by consuming methamphetamine on or about August 12, 2023. |
| | On August 14, 2023, Mr. Perez reported to the U.S. Probation Office in Yakima, Washington, for the purpose of providing a urinalysis test. The urine sample provided by Mr. Perez tested presumptive positive for methamphetamine and was sent to Alere Toxicology for confirmation. |

Prob12C
Re: Perez, Roman Berumen
August 15, 2023
Page 2

When questioned about illegal drug use, Mr. Perez initially denied using but after a brief discussion about being honest, he admitted to using methamphetamine on August 12, 2023, while associating with a female acquaintance who was a drug addict.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 15, 2023

s/Jose Vargas

Jose Vargas
Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

8/15/2023
Date